# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jamaal Antonio Malone**                    **Docket No. 5:20-CR-286-1M**

### Petition for Action on Supervised Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamaal Antonio Malone, who, upon an earlier plea of guilty to Possession With Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B); and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on October 28, 2020, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Jamaal Antonio Malone was released from custody on November 26, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has remained fully compliant with all conditions of supervision. In light of ongoing child custody matters and the defendant's expressed commitment to personal improvement, he has requested participation in mental health and anger management treatment services. These interventions are appropriate to promote continued stability.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of anger management treatment, as directed by the probation office.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.


/s/ Mark Culp                              /s/ Michael Torres
Mark Culp                                  Michael Torres
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           310 New Bern Avenue, Room 610
                                           Raleigh, NC 27601-1441
                                           Phone: 910-929-0768
                                           Executed On: April 3, 2026

Jamaal Antonio Malone
Docket No. 5:20-CR-286-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___7th___ day of ___April___, 2026, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
United States District Judge